# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| Jane Doe, R.B. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-CV-00187 |
| Trails Carolina, LLC | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Guy D. Burney and Karen Stoudenmire Burney | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Guy D. Burney
2 Fieldstone Place
Greenville, SC 29615

A lawsuit has been filed against defendant   Trails Carolina, LLC   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Jane Doe, R.B.   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

David L. Levy and Kristy M. D'Ambrosio
Gardner Skelton, PLLC
3746 N. Davidson Street, Charlotte, North Carolina 28205

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel R. Rhine and Ruth A. Sheehan
Rhine Law Firm, P.C.
1612 Military Cutoff Road, Suite 300, Wilmington, NC 28403

Kimberly A. Dougherty and Keith E. Smith
Justice Law Collaborative
210 Washington St, North Easton, MA 0256

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.



Date  8/25/2025

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. 1:25-cv-187-MOC-SCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| Jane Doe, R.B. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.   1:25-CV-00187 |
| Trails Carolina, LLC | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Guy D. Burney and Karen Stoudenmire Burney | ) | |
| *Third-party defendant* | | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Karen Stoudenmire Burney
2 Fieldstone Place
Greenville, SC 29615

A lawsuit has been filed against defendant   Trails Carolina, LLC   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Jane Doe, R.B.   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

David L. Levy and Kristy M. D'Ambrosio
Gardner Skelton, PLLC
3746 N. Davidson Street, Charlotte, North Carolina 28205

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel R. Rhine and Ruth A. Sheehan
Rhine Law Firm, P.C.
1612 Military Cutoff Road, Suite 300, Wilmington, NC 28403

Kimberly A. Dougherty and Keith E. Smith
Justice Law Collaborative
210 Washington St, North Easton, MA 0256

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.



Date   8/25/2025

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. 1_25-cv-187-MOC-SCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: