## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| **JANE DOE, R.B.,** | |
| **Plaintiff,** | |
| **v.** | |
| **ASHEVILLE ACADEMY FOR GIRLS, LLC, TRAILS CAROLINA, LLC, WILDERNESS TRAINING & CONSULTING, LLC, FAMILY HELP & WELLNESS, WTC HOLDCO, LLC, WTCSL, LLC and UNNAMED ENTITIES 1-10,** | **Case No.: 1:25-CV-00187** |
| **Defendants,** | |
| **and** | **ACCEPTANCE OF SERVICE** |
| **TRAILS CAROLINA, LLC,** | |
| **Third-Party Plaintiff,** | |
| **v.** | |
| **GUY D. BURNEY AND KAREN STOUDENMIRE BURNEY.** | |
| **Third-Party Defendants.** | |

I, <u>          Kim Dougherty          </u>, as attorney-at-law for Guy D. Burney and Karen Stoudenmire Burney ("Third-Party Defendants"),  do hereby willingly and voluntarily accept service effective **<u>September 25, 2025</u>** of the following documents: (1) the Third-Party Summons for Guy D. Burney and Karen Stoudenmire Burney dated September 18, 2025; (2) the Amended/Corrected Complaint dated September 18, 2025 with Exhibit A, in the above captioned action; and Third-Party Defendants do hereby submit to the personal jurisdiction of the United States District Court Western District North Carolina Asheville Division for all purposes associated with this litigation.

*Signature on Following Page*

1

_____
Signature

Commonwealth of Massachusetts
County of Bristol

This the 25th ____ day of ___September___, 2025,
before me, the undersigned notary public, Kim Dougherty (name
of document signer) personally appeared, proved to me
through satisfactory evidence of identification, which were
Driver's license, to be the person whose name is signed
on the preceding or attached document in my presence.

_____
Notary Public

_____
(Printed Name of Notary Public)

JESSE SEMENIAK
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 28, 2032

2