UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

|                                                    |                                                                                                                                                          |
|----------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
|                                                    | Civil Action No: 1:25-cv-00187-MOC-SCR                                                                                                                   |
| **TRAILS CAROLINA, LLC**                           |                                                                                                                                                          |
| Third-Party Plaintiff,                             | **THIRD-PARTY DEFENDANTS GUY D. BURNEY AND KAREN STOUDENMIRE BURNEY's MOTION TO DISMISS TRAILS CAROLINA, LLC'S THIRD-PARTY COMPLAINT** |
| vs.                                                |                                                                                                                                                          |
| **GUY D. BURNEY AND KAREN STOUDENMIRE BURNEY,**    |                                                                                                                                                          |
| Third-Party Defendants.                            |                                                                                                                                                          |

Third-Party Defendants, Guy D. Burney and Karen Stoudenmire Burney, respectfully request that the Court dismiss Trails Carolina, LLC's Third-Party Complaint against them under Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in the accompanying brief in support, Trails' claims all fail as a matter of law and Defendant has accordingly failed to state a claim against the Burneys under which relief may be granted.

Dated: October 10, 2025

RESPECTFULLY SUBMITTED,

*/s/ Ruth A. Sheehan*

RHINE LAW FIRM, P.C.
Joel R. Rhine, NCSB 16028
Email: jrr@rhinelawfirm.com
Ruth A. Sheehan, NCSB 48069
Email: ras@rhinelawfirm.com
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

Kimberly A. Dougherty, Esq.
(admitted *pro hac vice)*
Keith E. Smith, Esq.
(admitted *pro hac vice*)
JUSTICE LAW COLLABORATIVE
210 Washington St.
North Easton, MA 0256
Tel: (508) 230-2700
Fax: (385) 278-0287
Email: kim@Justicelc.com
Email: keith@justicelc.com

## **USE OF ARTIFICIAL INTELLIGENCE CERTIFICATION**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources of Westlaw and Lexis. Every statement and citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at my direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

**This the 10th day of October, 2025.**

*/s/ Ruth A. Sheehan*
RHINE LAW FIRM, P.C.
Joel R. Rhine, NCSB 16028
Email: jrr@rhinelawfirm.com
Ruth A. Sheehan, NCSB 48069
Email: ras@rhinelawfirm.com
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

# CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of this electronic filing to all parties and or counsel of record in this action.

*/s/ Ruth A. Sheean*
RHINE LAW FIRM, P.C.
Joel R. Rhine, NCSB 16028
Email: jrr@rhinelawfirm.com
Ruth A. Sheehan, NCSB 48069
Email: ras@rhinelawfirm.com
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062