

# Consent For Release of Information
(Please duplicate if needed)

Student Name ▓▓▓▓▓▓▓▓▓▓ Date of Admission: 12/8/2016
Date of Birth: ▓▓▓▓▓▓▓▓▓▓ Parent Phone #: ▓▓▓▓▓▓▓▓▓▓
Father Signature _____ Mother Signature: _Lysbeth Burney_

I/we authorize Trails to release any and all information to the referral source listed on this application. I/We authorize the below named educational consultants, professionals, schools, and/or institutions to release and receive all information concerning the above named student to and from Trails.

Information should include as much of the following as would be helpful in providing additional assessment and continuation care: medical/treatment history, psychological evaluations, discharge summaries, progress case notes and/or academic records and transcripts.

Please include Referring Professional (Educational Consultant, Therapist, School Counselor, etc.) and anyone else that will be of value for the staff to be in contact with to assist in the therapeutic and academic process for your child.

This authorization will remain in effect for one (1) year from the date of enrollment stated above.

| Name | ▓▓▓▓▓▓▓▓▓▓ | Phone: ▓▓▓▓▓▓▓▓▓▓ |
| Title: psychiatrist | E-Mail: |

| Name: ▓▓▓▓▓▓▓▓▓▓ | Phone: ▓▓▓▓▓▓▓▓▓▓ |
| Title: psychologist | E-Mail: ▓▓▓▓▓▓▓▓▓▓ |

| Name: Asheville Academy for Girls | Phone: |
| Title: all affiliated staff | E-Mail: |

| Name: ▓▓▓▓▓▓▓▓▓▓ | Phone: ▓▓▓▓▓▓▓▓▓▓ |
| Title: teacher | E-Mail: ▓▓▓▓▓▓▓▓▓▓ |

| Name: ▓▓▓▓▓▓▓▓▓▓ | Phone: ▓▓▓▓▓▓▓▓▓▓ |
| Title: Guidance Counselor | E-Mail: ▓▓▓▓▓▓▓▓▓▓ |

©Trails Carolina; 2016 I 888-387-2457 Phone I 888-314-3010 Fax I www.TrailsCarolina.com     10

Case 1:25-cv-00187-MOC-SCR     Document 21-2     Filed 10/10/25     Page 1 of 1