

# Trails Student Medical Face Sheet

*Should you require more room please use the back of this form*

Student Full Name ███ DOB: ███ Social Security Number: ███

Primary Parent Full Name: **Karen Beth Burley** SS#: ███
Full Address: **2 FIELDSTONE PLACE**    **GREENVILLE**    **SC**    **29615**
          street                            city                    zip
Phone Numbers: _____ Home     ███ Cell

Other Parent Full Name: **GUY D. BORNEY** SS# ███
Full Address: **2 FIELDSTONE PLACE**    **GREENVILLE SC**    **29615**
          street                            city                    zip
Phone Numbers: _____ Home     ███ cell

### Student's Current medications:
███

### Student's Previous medical History
Allergies (medications, food, etc...): ███
Previous Major Injuries or Surgeries (include dates:) ███
Limitations/ Restrictions (Epi-Pens, Inhalers, etc...) ███

Last Medical Visit: ███    Physician's Name: ███
Last Dental Exam: ███    Dentist's Name: ███

Other Significant Information: ███

©Trails Carolina; 2016 | 888-387-2457 Phone | 888-314-3010 Fax | www.TrailsCarolina.com

15