

# Physical Examination

(To be completed by your physician)

*Any student arriving at Trails without a physical will automatically be given one at the expense of the parent(s). Exam must be current within 30 days of beginning the course.*

**Student Name:** _____

Dear Doctor:

The above-stated individual is going to participate in an outdoor living program. He/She may on occasion hike up to 8 miles per day (typical is 2-6 miles a day) in sometimes very hot or very cold weather conditions at elevations of 2,000 to 5,000 feet. In addition, the student's will be participating in horseback riding and may participate in canoeing, and riding bicycles on trails. The student's diet will consist primarily of lentils, rice, whole wheat flour, rolled oats, powdered milk, raisins, granola, sunflower seeds, peanut butter, dried fruit, potatoes, carrots, onions and other similar food basics. The participant will NOT be involved in technical mountain climbing, or rafting. He/She may be living at a base camp site and camping overnight in the temperate woodland terrain surrounding the facility. We would appreciate your candid appraisal of this applicant's health. If you are aware of any health reason why this applicant should not be involved in an outdoor program such as this, please specify.

The applicant should not be considered for this program if any of the following conditions exist: obesity to the extent of interfering with hiking, epilepsy (unless specially cleared with the program well in advance of the trip), diabetes or history of hypoglycemia (this is an absolute contra-indication), arthritis which might be aggravated by extensive exercise, or recurrent intense emotional states (hypertension, "nervous breakdown," chronic tranquilizer use, etc.).

Height: ___ Weight: ___ Lower Extremities: ___ Eyes: ___ Ears: ___
Back ___ Lungs: ___ Heart: ___ Throat: ___
Nervous System: ___ Hernia: ___ Abdomen: ___ Blood Pressure: ___
Edema: ___ Pregnancy Test: ___ Pregnancy tests will NOT be needed for girls 13 and under.

Exercise Tolerance Test:   Resting Pulse: ___   Following 2 minute rest ___
Date of last tetanus (must be within 5 years.) ___
How long have you known this applicant? ___

Summary of positive findings: ___

### General Appraisal

___ Approval -- I find no defects which I consider incompatible with the activities described above.
___ Disapproval -- This applicant has physical defects which, in my opinion, clearly constitute unacceptable hazards to his/her health and safety in the activities described above.

Recommendations and/or restrictions (if none, please specify): ___

Date: 12/7/16   Print physician name: ___ MD Address: ___
Signature: ___ MD / ___ RN Phone: ___

*Note to the Examining Physician: If you have any questions concerning unusual physical or medical problems for attendance at this program at this program, feel free to discuss it with us at the above number.*